COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Tetra Surveys, LLC v. RAJ Development Corporation

Appellate case number:   01-21-00381-CV

Trial court case number:  2020-19289

Trial court:                  113th District Court of Harris County

This is an accelerated appeal from the trial court's June 25, 2021 order denying a motion to dismiss filed by appellant, Tetra Surveys LLC. The notice of appeal was filed on July 13, 2021 and the record was due on July 23, 2021. *See* TEX. R. APP. P. 35.1(b).

Appellant has filed a motion for extension of time to file its brief, stating that the parties are scheduled to engage in mediation within 30-45 days and asks that this Court extend the deadline for appellant's brief 60 days from the date the record is filed.

The appellant's brief is not due until 20 days after the filing of the complete record, which includes both the clerk's record and the reporter's record. *See* TEX. R. APP. P. 38.6(a). The clerk's record was filed on July 28, 2021. The court reporter has advised this Court that appellant has not yet requested the preparation and filing of the reporter's record. The deadline for filing appellant's brief does not begin until the complete record is filed and therefore, appellant's motion for extension of time to file its brief is premature.

Because the Court wishes to permit the parties time to mediate, the Court issues the following ruling, granting the motion in part:

1. The Court directs the parties to engage in and attempt to complete mediation **by September 13, 2021.**

2. If the reporter's record has not been filed at the end of the 45-day period granted for mediation, the reporter's record will be due **10 days after the parties notify this Court that mediation is completed, or in any event, no later than by September 23, 2021**.

3. Appellant's brief will be due **60 days after the complete record is filed but no later than November 22, 2021**. No further extensions will be granted absent a showing of extraordinary circumstances.

Should the parties reach a settlement during mediation, they are directed to advise the Court as soon as possible.

It is so ORDERED.


Judge's signature: _____Justice Richard Hightower_____
☑ Acting individually    ☐ Acting for the Court


Date: ___July 30, 2021_____